UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FTE NETWORKS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> INNOVATIV MEDIA GROUP, INC., <br><br> Defendant. | Case No.  2:25-CV-01731-JCM-EJY <br><br> REASSIGNMENT ORDER |
| FTE NETWORKS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> STEPHEN GOODWIN, et al., <br><br> Defendants. | Case No.  2:25-CV-01732-JCM-BNW <br><br> REASSIGNMENT ORDER |
| FTE NETWORKS, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MICHAEL BEYS, et al., <br><br> Defendants. | Case No.  2:25-CV-01927-ART-EJY <br><br> REASSIGNMENT ORDER |

The presiding District Judges in these actions have determined that these actions are related and that there is good cause to reassign them to one District Judge. *See* Local Rule 42-1. Reassignment of the three cases to one judge will promote judicial efficiency and will not result in prejudice to the parties.

Nothing in the present order affects FTE Network, Inc's motion for consolidation, *FTE Networks, Inc. v. Goodwin*, 2:25-cv-01732 (ECF No. 7), which shall remain pending.

Good cause appearing, IT IS HEREBY ORDERED that Case No. 2:25-CV-01731-JCM-EJY is reassigned to District Judge Anne R. Traum, with Magistrate Judge Elayna J. Youchah remaining assigned to the case.

1

IT IS FURTHER ORDERED that Case No. 2:25-CV-01732-JCM-BNW is reassigned to District Judge Anne R. Traum and Magistrate Judge Elayna J. Youchah.

IT IS FURTHER ORDERED that the Clerk of the Court shall change the files and dockets to reflect this reassignment.

IT IS SO ORDERED.

DATED this 20th day of October, 2025.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

DATED this 20th day of October, 2025.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2