1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| FTE NETWORKS, INC.; THOMAS COLEMAN; JOSEPH CUNNINGHAM; STEPHEN GOODWIN; | Case No. 2:25-cv-01927-ART-EJY |
|---|---|
| Plaintiffs, | **ORDER GRANTING** |
| v. | |
| MICHAEL BEYS; RICHARD DE SILVA; MARIA FERNANDEZ; ERNEST SCHEIDMANN; ANDREW SANCHEZ; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive; | **STIPULATION TO EXTEND DEADLINE TO OPPOSE DEFENDANTS' MOTION TO DISMISS** |
| | **(First Request)** |
| Defendants. | |

Plaintiff FTE Networks, Inc. ("FTE"), by and through its attorneys of record, the law firm of Brownstein Hyatt Farber Schreck, LLP, Plaintiffs Thomas Coleman, Joseph Cunningham, and Stephen Goodwin (collectively, the "Board"), by and through their attorneys of record, the law

35812910

1  firm of Marquis Aurbach (FTE and the Board are collectively referred to as the "Plaintiffs"), and Defendants Michael Beys and Richard De Silva (collectively, "Defendants"), by and through their attorneys of record, the law firms of Wiley Petersen and Lex Domus Law, hereby file this Stipulation and Order to Extend Deadline to Oppose Defendants' Motion to Dismiss ("Stipulation"). The deadline to file Plaintiffs' Opposition is currently October 29, 2025. The parties stipulate to extend the deadline to November 7, 2025.

## STIPULATION AND ORDER

1. On October 15, 2025, Defendants filed their Motion to Dismiss Plaintiffs' Complaint ("Motion"). ECF No. 12.

2. Since the Motion was filed, the parties have submitted briefing on Plaintiffs' Emergency Motion to Remand and Emergency Motion for Entry of Temporary Restraining Order, and have also prepared for and participated in a hearing on the motions. *See* ECF Nos. 13, 14, 17, 20, 22.

3. On October 24, 2025, the Court granted Plaintiffs' Emergency Motion for Entry of Temporary Restraining Order and instructed the parties to submit a proposed order outlining the terms of the TRO by October 31, 2025. *See* ECF No. 22. The Court further directed the parties to stipulate to a briefing and hearing schedule for Plaintiffs' Motion for Preliminary Injunction and the potential stay issues raised by the Court. *See id.* The parties currently are in the process of preparing the proposed order.

4. Given the procedural posture of this matter and the parties' ongoing obligations in the other cases, good cause exists to grant the requested extension. Counsel have been actively engaged in preparing filings and participating in proceedings in this matter, as well as in other related cases. These overlapping obligations have required substantial time and attention, particularly in light of the Court's directives regarding the proposed TRO order and upcoming briefing schedule.

5. The extension will allow the parties to more thoroughly and thoughtfully brief the issues raised in the Motion, thereby promoting judicial efficiency and aiding the Court's review.

35812910

6. This request is made in good faith and not for purposes of delay. This is the first stipulation for extension of time to oppose the Motion.

7. Plaintiffs' deadline to file their Opposition is extended from October 29, 2025 to November 7, 2025. In light of this extension, the deadline for Defendants to file their Reply is November 14, 2025.

**IT IS SO STIPULATED.**

Dated this 29th day of October 2025

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

BY: */s/ Eric D. Walther*
MAXIMILIEN D. FETAZ, ESQ.
mfetaz@bhfs.com
ERIC D. WALTHER, ESQ.
ewalther@bhfs.com
ASHLEY N. SCHOBERT, ESQ.
aschobert@bhfs.com
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614

*Attorneys for Plaintiff FTE Networks, Inc.*

**MARQUIS AURBACH**

BY: */s/ Chad F. Clement*
CHAD F. CLEMENT, ESQ.
cclement@maclaw.com
ALEXANDER K. CALAWAY, ESQ.
acalawy@maclaw.com
NICHOLAS M. ADAMS, ESQ.
nadams@maclaw.com
10001 Park Run Drive
Las Vegas, Nevada  89145

*Attorneys for Plaintiffs Thomas Coleman, Joseph Cunningham, and Stephen Goodwin*

Dated this 29th day of October 2025

**WILEY PETERSEN**

BY: */s/ Jason M. Wiley*
JASON M. WILEY, ESQ.
jwiley@wileypetersenlaw.com
LESLIE L. PHIEFER, ESQ.
lphiefer@wileypetersenlaw.com
10000 West Charleston Blvd., Suite 230
Las Vegas, NV  89135

**LEX DOMUS LAW**

DANIEL S. CEREGHINO, ESQ.
dan@lexdomuslaw.com
BRANDI M. SEGURA, ESQ.
brandi@lexdomuslaw.com
1712 Tesara Vista Place
Las Vegas, NV  89128

*Attorneys for Defendants*

35812910

**ORDER**

**IT IS SO ORDERED.**

DATED this <u>3rd day of November, 2025</u>.

_____
THE HONORABLE ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

35812910