**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FTE NETWORKS, INC.; THOMAS COLEMAN; JOSEPH CUNNINGHAM; STEPHEN GOODWIN, | Case No.: 2:25-cv-01927-ART-EJY |
| Plaintiffs, | **ORDER GRANTING** |
| vs. | **STIPULATION TO EXTEND DEADLINE TO OPPOSE DEFENDANTS BEYS' AND DE SILVA'S SECOND MOTION TO DISMISS COMPLAINT** |
| MICHAEL BEYS; RICHARD DE SILVA; MARIA FERNANDEZ; ERNEST SCHEIDMANN; ANDREW SANCHEZ; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | **(First Request)** |
| Defendants, | |

Page 1 of 3

MAC: 17538-001 (#6258572.1)

Plaintiffs Thomas Coleman, Joseph Cunningham, and Stephen Goodwin (collectively, the "Board"), by and through their counsel of record, the law firm of Marquis Aurbach, Plaintiff FTE Networks, Inc. ("FTE") (the Board and FTE are collectively referred to herein as "Plaintiffs"), by and through its counsel of record, the law firm of Brownstein Hyatt Farber Schreck, LLP, and Defendants Michael Beys, Richard De Silva, Maria Fernandez, Ernest Scheidmann and Andrew Sanchez (collectively, "Defendants"), by and through their counsel of record, the law firm Wiley Petersen and the law firm of Lex Domus Law, hereby stipulate to extend Plaintiffs' time to respond to Defendants Beys' and De Silva's Second Motion to Dismiss Plaintiffs' Complaint [ECF No. 46], by one week, from February 17, 2026, to February 24, 2026, due to Plaintiffs' counsel's recent trial and workload obligations and commitments in other cases.  This request is made in good faith and not for the purposes of delay.  This is the first stipulation for extension of time to oppose the second motion to dismiss.

Respectfully submitted,

**MARQUIS AURBACH**

By: */s/ Chad F. Clement*
    Chad F. Clement, Esq.
    cclement@maclaw.com
    Alexander K. Calaway, Esq.
    acalaway@maclaw.com
    Nicholas M. Adams, Esq.
    nadams@maclaw.com
    10001 Park Run Drive
    Las Vegas, Nevada  89145
   *Attorneys for Plaintiffs Thomas Coleman, Joseph Cunningham, and Stephen Goodwin*

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

By:*/s/ Eric D. Walther*
    Maximilien D. Fetaz, Esq.
    mfetaz@bhfs.com
    Eric D. Walther, Esq.
    ewalther@bhfs.com
    Ashley N. Schobert, Esq.
    aschobert@bhfs.com
    100 North City Parkway, Suite 1600
    Las Vegas, NV  89106-4614
   *Attorneys for Plaintiff FTE Networks, Inc.*

MAC: 17538-001 (#6258572.1)

**WILEY PETERSEN**

By:*/s/ Jason M. Wiley*
Jason M. Wiley, Esq.
jwiley@wileypetersenlaw.com
Leslie L. Phiefer, Esq.
lphiefer@wileypetersenlaw.com
10000 W. Charleston Boulevard, Suite 230
Las Vegas, Nevada 89135

**LEX DOMUS LAW**
Daniel S. Cereghino, Esq.,
dan@lexdomuslaw.com
Brandi M. Segura, Esq.
brandi@lexdomuslaw.com
1712 Tesara Vista Place
Las Vegas, NV 89128
*Attorneys for Defendants*

## ORDER

IT IS SO ORDERED that the above Stipulation is hereby GRANTED.

DATED this 18th day of February, 2026.

_____
**ANNE R. TRAUM, U.S. DISTRICT JUDGE**

MAC: 17538-001 (#6258572.1)