**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FTE NETWORKS, INC.; THOMAS COLEMAN; JOSEPH CUNNINGHAM; STEPHEN GOODWIN, | Case No.: 2:25-cv-01927-ART-EJY |
| Plaintiffs, | **ORDER GRANTING** |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO OPPOSE DEFENDANTS BEYS' AND DE SILVA'S SECOND MOTION TO DISMISS COMPLAINT** |
| MICHAEL BEYS; RICHARD DE SILVA; MARIA FERNANDEZ; ERNEST SCHEIDMANN; ANDREW SANCHEZ; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | **(Second Request)** |
| Defendants, | |

MAC: 17538-001 (#6266740.1)

Plaintiffs Thomas Coleman, Joseph Cunningham, and Stephen Goodwin (collectively, the "Board"), by and through their counsel of record, the law firm of Marquis Aurbach, Plaintiff FTE Networks, Inc. ("FTE") (the Board and FTE are collectively referred to herein as "Plaintiffs"), by and through its counsel of record, the law firm of Brownstein Hyatt Farber Schreck, LLP, and Defendants Michael Beys, Richard De Silva, Maria Fernandez, Ernest Scheidmann and Andrew Sanchez (collectively, "Defendants"), by and through their counsel of record, the law firm Wiley Petersen and the law firm of Lex Domus Law, hereby stipulate to extend Plaintiffs' time to respond to Defendants Beys' and De Silva's Second Motion to Dismiss Plaintiffs' Complaint [ECF No. 46], by two weeks, from February 24, 2026, to March 10, 2026, as the parties have reached a potential and tentative settlement pending final, binding settlement documentation and the parties require additional time to prepare settlement documents. This request is made in good faith and not for the purposes of delay.  This is the second stipulation for extension of time to oppose the second motion to dismiss.

| | |
|---|---|
| Respectfully submitted,<br><br>**MARQUIS AURBACH**<br>By: */s/ Chad F. Clement*<br>    Chad F. Clement, Esq.<br>    cclement@maclaw.com<br>    Alexander K. Calaway, Esq.<br>    acalaway@maclaw.com<br>    Nicholas M. Adams, Esq.<br>    nadams@maclaw.com<br>    10001 Park Run Drive<br>    Las Vegas, Nevada  89145<br>*Attorneys for Plaintiffs Thomas Coleman, Joseph Cunningham, and Stephen Goodwin* | **BROWNSTEIN HYATT FARBER SCHRECK, LLP**<br><br>By:*/s/ Eric D. Walther*<br>    Maximilien D. Fetaz, Esq.<br>    mfetaz@bhfs.com<br>    Eric D. Walther, Esq.<br>    ewalther@bhfs.com<br>    Ashley N. Schobert, Esq.<br>    aschobert@bhfs.com<br>    100 North City Parkway, Suite 1600<br>    Las Vegas, NV  89106-4614<br>*Attorneys for Plaintiff FTE Networks, Inc.* |

/ / /

/ / /

/ / /

/ / /

MAC: 17538-001 (#6266740.1)

**WILEY PETERSEN**

By:*/s/ Jason M. Wiley*
    Jason M. Wiley, Esq.
    jwiley@wileypetersenlaw.com
    Leslie L. Phiefer, Esq.
    lphiefer@wileypetersenlaw.com
    10000 W. Charleston Boulevard, Suite 230
    Las Vegas, Nevada 89135

**LEX DOMUS LAW**
Daniel S. Cereghino, Esq.,
dan@lexdomuslaw.com
Brandi M. Segura, Esq.
brandi@lexdomuslaw.com
1712 Tesara Vista Place
Las Vegas, NV 89128

*Attorneys for Defendants*

## ORDER

IT IS SO ORDERED that the above Stipulation is hereby GRANTED.


DATED this 25th day of February, 2025


**ANNE R. TRAUM, U.S. DISTRICT JUDGE**

MAC: 17538-001 (#6266740.1)