# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FTE NETWORKS, INC.; THOMAS COLEMAN; JOSEPH CUNNINGHAM; STEPHEN GOODWIN, | Case No.: 2:25-cv-01927-ART-EJY |
| Plaintiffs, | |
| v. | |
| MICHAEL BEYS; RICHARD DE SILVA; MARIA FERNANDEZ; ERNEST SCHEIDMANN; ANDREW SANCHEZ; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | **ORDER GRANTING** **STIPULATION OF DISMISSAL** |
| Defendants. | |

///

///

///

///

1

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of all claims with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED this 4th day of June, 2026.

**WILEY PETERSEN**

*/s/ Jason M. Wiley*

JASON M. WILEY, ESQ.
Nevada Bar No. 9274
10000 W Charleston Blvd., Suite 230
Las Vegas, Nevada 89135
Telephone: 702.910.3329
jwiley@wileypetersenlaw.com

*Attorneys for Defendants*

DATED this 4th day of June, 2026.

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

*/s/ Eric D. Walther*

ERIC D. WALTHER, ESQ.
Nevada Bar No. 13611
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
Telephone: 702-382-2101
ewalther@bhfs.com

*Attorneys for Plaintiffs*

DATED this 4th day of June, 2026.

**LEX DOMUS LAW**

*/s/ Daniel S. Cereghino*

DANIEL S. CEREGHINO, ESQ.
Nevada Bar No. 11534
5798 S. Durango Dr., # 105
Las Vegas, Nevada 89113
Telephone: 702.533.4661
dan@lexdomuslaw.com

*Attorneys for Defendants*

DATED this 4th day of June, 2026.

**MARQUIS AURBACH**

*/s/ Chad F. Clement*

CHAD F. CLEMENT, ESQ.
Nevada Bar No. 12192
ALEXANDER K. CALAWAY, Esq.
Nevada Bar No. 15188
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
cclement@maclaw.com
acalaway@maclaw.com

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE

DATED: June 5, 2026

2